United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MOHAMMAD SARWAR KHUDAD,**<br>    Petitioner,<br><br>v.<br><br>**MIGUEL VERGARA,** in his official capacity, Field Office Director of Harlingen ICE Enforcement and Removal Operations, *et al.*,<br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. **1:26-cv-385** |

## ORDER

Before the Court is Petitioner Mohammad Sarwar Khudad's "Petition for Writ of Habeas Corpus" (Khudad's "§ 2241 Petition"); he lists various Respondents (collectively, the "Government").  Dkt. No. 1.  In his § 2241 Petition, Khudad, a citizen of Afghanistan, claims that his detention violates the Fifth Amendment Due Process Clause and the Immigration and Nationality Act.  *Id*. at 2, 8–9.

The Government is **ORDERED** to file a response to Khudad's § 2241 Petition on or before **April 24, 2026**.  If Khudad wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **10th** day of **April, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III
United States Magistrate Judge**